IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAYLOR MOORE                                                                                    PLAINTIFF

v.                                         Case No. 4:18-cv-4163

SOUTHERN ARKANSAS UNIVERSITY and
BOARD OF TRUSTEES OF SOUTHERN
ARKANSAS UNIVERSITY                                                                DEFENDANTS

# ORDER

Before the Court is a Joint Stipulation of Dismissal. ECF No. 28. The parties stipulate that Plaintiff's claims against Defendants should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs' complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of January, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge